UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PENDLETON DIVISION

FILED 3 JUL '23 11:08USDC-ORP

Christopher M Pratt
   Plaintiff,
      v.
Joseph R. Biden, Jr.
   Defendant.

Case No. 3:23-cv-977-SI   7/5/23 DN
*(to be assigned by Clerk of the Court)*

## I. The Parties to the Complaint

### The Plaintiff

Christopher M. Pratt
PO Box 1428
Hines, Harney County, Oregon, 97738
541.589.1835

### The Defendant

Joseph R. Biden, Jr.
President
United States of America
1600 Pennsylvania Ave. NW
Washington, District of Columbia, 20500

## II. Basis for Jurisdiction

The President of the United States is the defendant in this case.

## III. Statement of Claim

1. I charge that Executive Order 14075, signed by President Biden on June 15 2022 is based on the personal belief that behavior which results in loss of genetic diversity is normal and healthy. A belief that has been disproved by over 50 years of government environmental research that has proven that loss of genetic diversity is abnormal and unhealthy for every member of the animal and plant kingdoms and is the root cause of all known extinctions.

2. In 1973, the Legislative Body, recognizing the importance of a healthy environment for all members of the animal and plant kingdoms, created the Endangered Species Act (ESA). For fifty years, the United States Fish and Wildlife Department (USFWS) has conducted research specific

Complaint      Pratt vs. Biden      Page 1 of 19

103158

to loss of genetic diversity in terrestrial species. This extensive research has documented several constants.

3. The most relevant constant in this situation is that without exception, loss of genetic diversity is harmful to every member of the animal and plant kingdoms. There is not one example where loss of genetic diversity has been classified as normal or healthy for a species. Nor is there any known technology that can repair or mitigate the resulting damage to the gene pool of the species. The damage so severe, that prolonged exposure to a geno-toxic environment erodes the survival fitness to the point where the species is predisposed to fail an extinction event. While identifying the cause of loss of genetic diversity is important. It is more important to be proactive and stop the conversion process before the genetic damage can occur.

4. The second constant is the role geno-toxic environments play in the pathology of extinction. There are several environment variables that result in the conversion of breeding members into non-breeding members of a species. But irregardless of the cause, the conversion process results in the loss of genetic diversity within a species. As such, it is the loss of genetic diversity that defines a geno-toxic environment and not the actual environmental cause of the loss of genetic diversity.

5. The third constant is that communal rearing areas are critical habitat and must have enhanced protective measures to prevent loss of genetic diversity and or extreme measures to eliminate the cause(s) of loss of genetic diversity.

6. Just as no individual has the right to force their personal religious beliefs on ANY citizen, no individual in any form of government service (elected, appointed, or hired) has the right to use the power of position to force their personal beliefs that ANY form of social behavior is normal or healthy when the behavior results in;

- The direct loss of genetic diversity, or
- The creation of, or perpetuation of an environment that protects, promotes, normalizes, or rewards behavior that results in loss of genetic diversity

7. Nor does any individual in any form of government service (elected, appointed, or hired) have the right to use the power of position to silence my environmental concerns as *"hateful or immoral"* based on a personal belief that they are morally superior to anyone that does not share their personal values. And to use that belief system in a manner that mirrors the Social Darwinism of old. A time when the white man called the black man a *"Bloody Wog"* and said that he didn't have a right to have an opinion or concerns that opposed his Masters beliefs, let alone voice those opinions or concerns.

Case 3:23-cv-00977-SI    Document 1    Filed 07/03/23    Page 3 of 19

8. My environmental concerns are not based on a fear of sexual exploration, nor an intractable obedience to an intangible deity. They are based on two simple questions, those questions being.

*If the loss of genetic diversity leads to the extinction every known life-form, then how can any behavior that results in the loss of genetic diversity be normal or healthy?*

*By what authority does any man, or institutions of man, have to force the acceptance of a social behavior as a right, when that behavior results in the irrefutable and irreparable genetic damage to our species?*

9. As a species, our pursuit of resources and personal desires have had a devastating impact on the environment. We have a proven history of ignoring the environmental impacts of exploitation in the name of personal gain. It is sobering to realize that the rate of animal and plant extinction has accelerated dramatically. During the last century and a half, the explosion in our global human population and our rapid technological development has allowed us to move into and over-exploit most areas of our planet including the oceans. Governments have had to step in to try to stem the tide of environmental disasters caused by our species. However, they have been only marginally successful. The World Conservation Union conservatively estimates that 7,266 animal species and 8,323 plant and lichen species are now at risk of extinction. The endangered list includes ⅓ of all amphibian species, nearly ½ of the turtles and tortoises, ¼ of the mammals, ⅕ of the sharks and rays, and ⅛ of the birds. Decisions based on social demands without regard to the environmental consequences are responsible for every human caused extinction and continue to adversely impact the worlds ecosystem.

10. Nature does not produce any species that are born to not propagate. The very purpose of every species is the continuation of the species. Therefore, the concept of non-breeding behavior as normal or healthy is a social construct, because when encountered in nature, non-breeding behavior, irregardless of the cause, is classified as aberrant, unhealthy behavior. This is because non-breeding behavior breaks the reproductive link in the chain of genetic transmission, resulting in the total loss of genetic contribution required for the normal and healthy continuing evolution of every known life-form.

11. Therefore, it is a logical and reasonable extrapolation, that the current policies and regulatory mechanisms that endorse, promote, and protect multiple forms of non-breeding behavior, place our species on an artificially slowed, or retarded evolutionary pathway, a pathway that leads to a metaphoric, as well as literal, dead end. The question then becomes how much genetic damage can our species endure before the symptoms of the damage present? As well as, *"How will the symptoms present"*? Will it be like a cancer, where by the time the symptoms present, the cancer has permeated the body, and there's no treatment. Do you know, does anybody know? The only sure thing is that if the current policies and regulatory mechanisms are allowed to continue unfettered, the data supports the conclusion that our species could ultimately suffer the same consequence.

12. Once before, our arrogance combined with ignorance resulted in advancing world wide loss of genetic diversity within the plant kingdom. A time known as the *"Green Revolution"*, a

Complaint                    Pratt vs. Biden                    Page 3 of 19

time when we advanced that the world should replace native food plants with our enhanced food crops. The Green Revolution ended when someone pointed out that due to loss of genetic diversity, a single new disease could result in world wide famine of biblical proportions.

13. As a society, many people feel that we have evolved socially to a point where we are no longer animals, and therefore, can act with impunity, exempt from the laws of nature and evolution. So it should come as no surprise that we have done it again. We now mandate ignorance in decisions of social behavior. Choosing nurture and ignoring nature, blind to the intricate dance of the two in what we are (genotype) and the development of who we become (phenotype). Rendering decisions that serve to retard the continuing evolution of our species, as well as creating an unstable society. Once again, our arrogance and ignorance is resulting in advancing world wide loss of genetic diversity. Perhaps future generations will call this era the *"Queen Revolution"*.

14. Nature does not recognize any institutions or laws of man, she does not recognize the nurture vs nature argument, and she doesn't give a hoot about hurt feelings. In the struggles of life, nature defines the rules of evolution. In the game of evolution there only two outcomes and those are survival of the fittest, and extinction of everything else, (including non-breeding behavior) she doesn't give participation ribbons just for showing up or suckling off the hind teat. There is not one member of the animal kingdom that is exempt from the cold and heartless consequence of extinction. There are no plea bargains or appeals, only an eternity, in the abyss of null. Therefore, as member of the animal kingdom, it is a logical and reasonable concern that the current policies and regulatory mechanisms that endorse, promote, and protect multiple forms of non-breeding social behavior are retarding the normal and healthy ongoing evolution of our species.

## Social Issues (Psychological)

15. As a species we victimize and subjugate members of our own species with ease and regularity not found in any other member of the animal kingdom. Because of this species weakness, as a society, we are not allowed to have an open and honest discussion of the implications of evolutionary science. The continuing attempts to pervert Darwin's theory of evolution to justify hateful behavior only adds to our fears, creating a situation where we marginalize or ignore evolutionary science due to those fears. Examples include use of social Darwinism to justify discriminatory practices, economic policies that benefit relatively few at the expense of many, genocide, eugenics, and legal systems that fail to protect the vulnerable segments within populations.

16. Our fears are so deep that our species *Homo sapiens*, is the only species in the animal kingdom that does not have evolutionary variations identified as subspecies, despite the obvious variations. Socially it is unacceptable even acknowledge the variations of evolution, we attempt to balance the perceived inequities of evolution with equity laws.

17. As a result of these fears, our government has failed to consider the genetic components of our species development or the consequences of a geno-toxic social environment that encourages people to engage in behavior that terminates their genetic line, and by doing so, is causing irreparable genetic damage to our species. We can no longer afford to allow our fear of

subjugation to fuel decisions made in fear and ignorance. While this instrument focuses on the Executive Branch, the Judicial and Legislative Branches are also guilty of using these fear driven decisions when enacting policy and regulatory mechanisms that have created the current geno-toxic social environment.

**Social Behavior**

18. The study of social behavior remains active, involving the investigation of proximate mechanisms, the survival and reproductive consequences of sociality, and the evolution of human behavior and cultural traditions. Understanding the ultimate and proximate causes of social behavior in various animals provides a compelling case that evolutionary history, natural selection, development, endocrine and neural mechanisms, and the social environment all affect the expression of social behavior in human beings. The process of explaining human behavior, however, is a daunting exercise. Social and sexual behavior is the complex outcome of a large number of developmental and physiological processes, then it is unlikely that simplistic approaches to understanding human behavior will be accurate.

**Nature versus Nurture**

19. Early on, researchers debated the relative importance of *"nature,"* or genetic predisposition, and *"nurture,"* or environment, in the development of behavior. Through extensive observation and experimentation, biologists have come to recognize that the argument is futile. Ultimately, both are important, and the interesting questions lie in how genetic predisposition and the environment interact. The environment includes such factors as nutrition, the animal's hormones, its experience of the outside world, and various features of the social milieu. Examples of the interplay between nature and nurture in the development of social behavior can be found in studies of the inheritance of IQ in humans, and the mate and kin recognition systems of animals.

*IQ*

20. Some of the most widely recognized evidence for the inheritance of behavior comes from comparison of identical and fraternal twins reared apart. Identical twins come from a single egg and are genetically identical, whereas fraternal twins develop from separate eggs and share only half their genes by common inheritance. When raised in separate homes, identical twins are far more similar to each other than are fraternal twins, indicating that a variety of behaviors and preferences have a genetic basis. One such twin study suggested that 70 percent of the variation in IQ in the study population had a genetic basis, although environmental variables (such as early nutrition and opportunities for early learning) still played important roles.

*Recognition*

21. Mechanisms of recognition are essential if individuals are to discriminate members of their social group, choose a mate of the appropriate sex, locate their parents, care for the right offspring, and offer preferential treatment to kin. Early work in this area involved precocial birds, which often forage shortly after hatching, creating a need for mechanisms that allow

them to recognize their parents. Austrian zoologist Konrad Lorenz, one of the fathers of ethology, demonstrated that graylag geese (*Anser anser*) imprint on their mothers shortly after hatching. When goslings imprinted on Lorenz, they followed him around just as they would their mother. After these geese became adults, they even courted human beings.

22. Sex-recognition mechanisms show imprinting effects as well. In a bill-painting experiment, young albino zebra finches were exposed to parents with bills painted different colors. After the finches became adults, males could be tricked into courting the wrong sex by reversing male and female bill colors of adults.

**Thought Modification**

23. In the name of social righteousness, President Clinton issued an executive order banning discrimination based on sexual orientation in all civilian federal workplaces, as well as an executive order prohibiting sexual orientation and other forms of discrimination by federally conducted education programs. And in doing so, began state sponsored thought modification designed to force the acceptance of a fraudulent concept that individual behavior that retards the normal evolution of our species is normal behavior and should be treated as a right.

24. President Clinton's intent was benign and good, but despite his intent, the thought modification has resulted in a fraudulent reality where behavior that results in irrefutable, irreparable damage to the gene pool of our species is celebrated as a right and elevated to a cult status. And by doing so, has created a social geno-toxic environment that is far worse than the physical geno-toxic environment documented in the Love Canal toxic waste site.

25. The acceptance or rejection of this fraudulent reality has divided our society into three basic classifications:

- Those that reject non-breeding social behavior
- Those that have adopted non-breeding social behavior
- Those that enable non-breeding social behavior

26. The final classification is of the greatest concern. These individuals are the unwitting victims of the thought modification. As such, many believe their modified thoughts with such conviction that they will be willing to die or to kill in the name of their beliefs. And due to cognitive dissonance, they will be unable to process any data that disputes their modified beliefs. Many of these victims now occupy positions of power in government as well as private industry. I am concerned their modified thought process has compromised their ability to make rational decisions.

27. Cognitive dissonance is defined as the mental conflict that occurs when beliefs or assumptions are contradicted by new information. The unease or tension that the conflict arouses in a person is relieved by one of several defensive maneuvers: the person rejects, explains away, or avoids the new information, persuades himself that no conflict really exists, reconciles the differences, or resorts to any other defensive means of preserving stability or

order in their conception of the world. And will rationalize that anything that threatens their beliefs are not appropriate and should be marginalized, or with the majority vote, eliminated.

### *Brainwashing*

28. As part of my research I looked into the thought modification used on captured service members during the Korean Conflict. The techniques currently used by our government to force the acceptance of non-breeding behavior are nothing more than softened variations of the reward/punishment techniques used by the communist regimes. These softened techniques are more in line with the kind used by cultists such as Jim Jones.

29. But whether conducted by a repressive regime or a religious cult, the first step in all forms of brainwashing is to remove the victims identity.

30. Currently our education system is removing our children's gender identity at a time in life when they only know what they are (boy or girl) and not who they are. The false concept of gender fluidity being taught by the education system does serve as the first step of a long term brainwashing of our society.

### *Factions or Political Cultists?*

31. The acceptance or rejection of this fraudulent reality has created a situation that the founding fathers feared, the creation of a self-seeking faction or political cultists that now trying to control the future of our Nation.

32. Political theorists such as Montesquieu (author of *"The Spirit of Laws"*) regarded factions as a profound danger to democracies and republics. This view was also common at the United States Constitutional Convention, where many delegates argued that the new government would inevitably be controlled and abused by factions unless there existed a strong system of constitutional checks and balances.

33. Factions are dangerous, it was argued, for at least two reasons. First, a faction is by definition a party or group (as within a government) that whose interests are in conflict with the general good. James Madison Jr. (founding father and fourth president) wrote in *"Federalist 10"* *"By a faction, I understand a number of citizens, whether amounting to a majority or a minority of the whole, who are united and actuated by some common impulse of passion, or of interest, adverse to the rights of other citizens, or to the permanent and aggregate interests of the community."* Second, historical experience shows that, prior to the 18th century, the existence of factions in a democracy or republic tended to undermine the stability of its government. The *"instability, injustice, and confusion introduced into the public councils"* by factionalism, Madison wrote, have been *"the mortal diseases under which popular governments have everywhere perished."*

### *Compromised Democratic Process:*

34. The democratic process assumes that, if a variety of ideas are free to compete continuously and publicly, the ideas best for society will win out in the long run. This outcome would require that a majority of the general populace be reasonably well-educated, intelligent,

public-spirited, and patient, and that they not be greatly confused or alienated by an excess of communication. A democratic system also presupposes that large quantities of dependable and relevant information will be inexpensively disseminated by relatively well-financed, public-spirited, and *uncensored news gathering and educational agencies.*

35. By silencing opposing views based on a personal belief system, the Executive Branch has removed many Americans ability to express free will, thereby compromising the entire democratic process.

36. Democracy is defined as a government that reflects the will of the people. But what are the consequences of thought modification designed specifically to remove or alter the ability to express free will. And what are the compounding effects when that system relies on an secret vote? Specifically, what are the impacts of the manifestation of cognitive dissonance in both the voting booths and the courtrooms across America.

37. Our current legal process involving a jury has also been compromised regarding the issue of whether the rights of non-breeding behavior exceeds our species right to a normal and healthy evolution. This is the very reason why I do not request a jury trial, instead, I desire a single individual. A judicial official that understands they are a guardian of the future of the Nation and their first responsibility is the health of the Nation. And therefore, also know they will be held accountable by our society, our Nation, and even our world, for a decision that prioritizes individual demands at the expense of the survival fitness of our species.

## Imprinting

38. *Homo sapiens* is an altricial species. As an altricial species, one of the more disturbing components of this situation is the unknown consequences of imprinting, role model emulation, and social learning related to adult sexual preferences. Altricial species are defined as a species in which the off-spring are born in an developmental state that requires extensive care and feeding by the parents before becoming self sustaining. The concept of what is self sustaining is subject to interpretation, and is still being argued. But one thing that science or humor will not dispute is that our children learn to use what is between their legs long before they learn to use what is between their ears. A time in their life in which they hyper-vulnerable due to the confusion of hormones and their malleable brains.

39. Same sex pair bonding has been documented in both mammals and avian species. But due the social hysteria of homosexual acceptance and the fear of social emasculation if labeled homophobic, the consequences of homosexual behavior in our species has not been the focus of research or study. Therefore, the only methodology available to assess the impacts of non-breeding behavior to an altricial species is through analysis of non-breeding behavior in avian altricial species. The following two paragraphs contain data extracted from "Same-sex sexual behavior in birds: expression is related to social mating system and state of development at hatching" (Behavioral Ecology, October 2006). I have intentionally removed references to individual authors and avian species.

40. *Early social experiences with conspecifics are important in shaping adult sexual preferences in birds. Precocial and altricial species differ markedly in the acquisition of sexual preferences through imprinting: both precocial and altricial birds imprint sexually. Sensitive periods for sexual imprinting also vary temporally between altricial and precocial species, providing opportunities for differences in social learning related to sexual preferences*

41. *For altricial species, both males and females may display same-sex preferences in adulthood as a direct result of experience during early development. Removal of adult males from the rearing environment meant chicks were unable to experience bi-parental care, interaction with adult males, or observe interactions between male-female pairs during early development. A significant portion of these male and female individuals exhibited same-sex preferences in adulthood.*

### Landscape Scale Mental Health Issues

42. The very purpose of every known life form is the continuation of the life form. That purpose is driven by the following instinctual behavior:

- Survival of the individual member of the species.
- Advancement of genetic lineage through procreation.
- The protection of the lineage/offspring.

43. Regulatory mechanisms and policies designed to force the acceptance of behavior that nature defines as aberrant and we are naturally repulsed by, has created external proximate mechanisms (laws of man) that are polar opposites to the strongest internal proximate mechanisms (laws of nature).

44. By ignoring the genetic component in the physiological and psychological development of our species, the Executive Branch is trying to use the power of position to control of the strongest instinctual behavior of our species. Resulting in landscape scale mental conflict in the form of chronic stress.

### *Conflict*

45. Conflict, is the arousal of two or more strong motives that cannot be solved together. These conflicts are often unconscious, in the sense that the person cannot clearly identify the source of his distress. Proximate mechanisms drive many of the strong impulses that motivate our species, such as the reproductive drive or protection of our young. When these such impulses are involved in a conflict, the person is anxious but does not know why. He is then less able to bring rational thinking to bear on the problem.

### *Chronic Stress*

46. Chronic stress is characterized by the persistent presence of sources of frustration or anxiety that a person encounters every day. Biochemical changes play an important role in mediating physiological responses to stress; these chemical changes can result in psychological disturbances. Most chemical changes associated with stress are a result of stimulation of the sympathetic nervous system, specifically the fight-or flight response.

47. In chronic stress, continuous stimulation of the fight-or-flight response leads to constant production and secretion of catecholamines. This has a variety of physiological consequences, including hyperglycemia (high blood glucose levels), which can lead to type II diabetes mellitus, and hypertension (high blood pressure), which can lead to cardiovascular disease. Because some catecholamines such as norepinephrine act as neurotransmitters in the brain, these substances can *alter cognition and other mental processes, leading to poor concentration, mood swings, agitation, depression, and anxiety.*

48. Long-term stress-induced cortisol secretion from the adrenal glands can depress immune function, leading to increased risk of illness, and high levels of cortisol also are associated with weight gain, particularly with the accumulation of excess abdominal fat. As such, it is a reasonable concern that this chronic stress is contributing to the chronic obesity that our Nation is suffering from. The latest Center of Disease Control (CDC) statistic (2020) show a rating of 41.9% obesity with an estimated annual cost of nearly $173 billion.

**Homosexual Mental Health**

49. There is an extremely high probability that non-breeding mental health issues are fueled by nature in an attempt to correct aberrant behavior. A cause and effect relationship that is supported by recent studies on homosexual mental health. Several large population-based public health studies are discussed in the November American Psychologist (Vol. 56, No. 11) by Susan Cochran, PhD, an epidemiologist in the University of California, Los Angeles School of Public Health, who authored or co-authored many of the studies. Specifically, the studies find:

- Higher rates of major depression, generalized anxiety disorder and substance use or dependence in lesbian and gay youth.
- Higher rates of recurrent major depression among gay men.
- Higher rates of anxiety, mood and substance use disorders, and suicidal thoughts among people ages 15 to 54 with same-sex partners.
- Higher use of mental health services in men and women reporting same-sex partners.

50. It is logical that there would be extreme mental conflict when someone that believes non-breeding behavior is normal is contradicted by their own body urging them to breed. The only age range cited in the studies are also the same years (15-54) that we are viable (producing eggs and sperm) and when the endocrine system is producing hormones to urge reproduction.

$$\textit{Urge = Conflict} \quad \bullet \quad \textit{No Urge = No Conflict}$$

**Heterosexual Mental Health**

51. There are no studies on heterosexual mental health specific to the current government policies and regulatory mechanisms that force the acceptance of homosexual behavior, nor the trophic cascade of *"other"* types of extreme social behavior. This is primarily due to the social scientists labeling heterosexuals that oppose non-breeding social behavior as *"phobic"*.

52. Instead of offering heterosexual mental health assistance for valid issues, the individuals are subjected to public shaming and told that they are morally deficient. Creating a situation where if I voice concerns, I am emasculated in a public forum, my integrity, intelligence, and morals all under fire. Where the punishment for refusing to decorate a cake is the loss of your business, and the ability to put food on the family table. Clearly an egregious and disproportionate punishment that was used to send the clear message *"If you continue to follow your beliefs and express your opinion……..we can take everything you hold dear."* A method and message that I expect from the Ayatollah, or Dear Leader, but NOT from a free state.

53. Non-breeding behavior is an aberration of nature that leads to extinction and represents an ultimate threat to any species. The simple, hard truth is that non-breeding social behavior is synonymous with extinction. When you strip the social components of the behavior, you are left with behavior that terminates the very evolution of our species. Just as all lifeforms share common chemicals, all lifeforms share instinctual behavior, or internal proximate mechanisms. Evolution has *"wired"* species to be repulsed by behavior that threatens the individual or its offspring. An example of this instinctual behavior is the species independent response to a coiled snake (animals that have never been bit or even exposed to a viper are instinctively repulsed), another example of instinctual behavior is the *"fight or flight"* proximate mechanism. I submit that it is these internal proximate mechanisms that fuel a natural revulsion of homosexual behavior. And as so, they are a normal and healthy response to any behavior the threatens not only our species, but individual bloodlines.

54. The valid issues of these individuals are ignored or marginalized, their issues are driven deep, where they fester, and add to the chronic stress. I question if the bio-chemical changes associated with the chronic stress is the commonality in the recent string of tragedies such as the Pulse Nightclub incident.

**Parental Mental Health**

55. I am not a parent, therefore, I cannot speak with any authority as a parent, but I do share the same instincts as every parent.

56. Procreation and preservation of the genetic line are *"wired"* into our species. The instinctual drive so strong even non parents will run into a burning building to save a child. Altruism, perhaps? But there is a theory that this is learned behavior acquired from the time that preceded civilization. A time when the first aggregations of people (settlements) were based on patriarchal natal groups. A time when all the children of the settlement shared the same male genetic lines. So saving any child was preserving their own genetic line.

57. Recently I gained a new companion in life. That companion is colon cancer. I do not share this with you in the hope of garnering sympathy, rather to illustrate the force that drove a self-assessment of my life. The results of my assessment was that, while my life was full, I had squandered my life because I had failed to fulfill my obligation to my species to propagate. The stark reality of this came when I realized that my decisions in life will mean that I will die alone, without any loved ones by my side. I will not be surrounded by children, grand-children, or

great grand-children as proof of my future after death. The prospect of a lonely pathetic death is tremendous burden, a burden that I am forced to accept responsibility for.

58. One day, I was talking about my cancer and the revelations of that journey. When suddenly a stranger interjected a comment. She simply stated *"I feel your pain"*, somewhat startled I responded *"excuse me"*, she said *"I feel your pain, I too will die alone, because my son was stolen from me"*. I was intrigued by her comment and spent the next hour listening to her story. I was (and still am) skeptical regarding some of her details. But none the less, her story made me think, and in doing so, provided me with the courage to act.

59. Her story started as the American dream. A lover that became a husband, a bun in the oven, a house to call home, a bright future. Soon, they had a son. Complications of that birth prevented her from ever having children again. But they had a beautiful boy and dedicated their lives to their son. She said once he started school, he started changing, ultimately, deciding that he was gay. Her husband never came to peace and refused to see their son, even as he was dying. The situation ultimately resulted in her son disowning her. Now she has no husband, nor son, and also faces a lonely death. She specifically blamed homosexual educators of targeting her son. While I am skeptical of the *"targeting"* of her son, there was no disputing the pain in her eyes. I now realize her story in not that far-fetched. Our education system is now an indoctrination system for non-breeding social behavior. Where the physical plant as well as the social environment promotes and endorses non-breeding behavior as normal and healthy, thereby creating an environment that facilitates a form of opportunistic genetic parasitism.

60. No matter how it happened, what started as the American dream, ended as the NEW American nightmare for her. The new American nightmare, where parents have no say in the education of their own children. The state mandates our children attend school, then mandates the schools create a teaching environment that encourages our children to terminate their parents bloodlines by adopting non-breeding social behavior.

### *Unconditional Love of Children*

61. The landscape scale chronic stress identified above is intensified with the introduction of unconditional love of our children. A situation where the parents instinctual drive of preserve our genetic line is in conflict with the requirement to show unconditional love of our children. A situation that is also complicated by the different manifestations of paternal and maternal love.

### Critical Habitat

62. Environmental research has documented that sites for communal rearing of offspring are critical habitat of social species. As the name implies, these areas are critical for the survival fitness of the species in question

63. I submit that our education system is designed specifically for the rearing of our offspring and therefore does qualify for consideration as critical habitat in the assessment of this situation. And that an appropriate recovery plan to restore this critical habitat requires the removal of all influences that normalization or encourage non-breeding behavior.

## Genetic Issues (Physiological)

64. Heredity is the sum of all biological processes by which particular characteristics are transmitted from parents to their offspring. The concept of heredity encompasses two seemingly paradoxical observations about organisms: the constancy of a species from generation to generation and the variation among individuals within a species. Constancy and variation are actually two sides of the same coin, as becomes clear in the study of genetics. Both aspects of heredity can be explained by genes, the functional units of heritable material that are found within all living cells. Every member of a species has a set of genes specific to that species. It is this set of genes that provides the constancy of the species. Among individuals within a species, however, variations can occur in the form each gene takes, providing the genetic basis for the fact that no two individuals (except identical twins) have exactly the same traits. This complex process is simplified in the following description.

### Chain of Genetic Transmission

65. The chain of genetic transmission is the process in which all known life-forms, even bacteria, adapt to environmental changes and to forward individual strengths to ensure the continued survival of the organism. The chain is comprised of three basic links. The unity link represents how an organism adapts to changing environments, the diversity link represents individual strengths within an organism, the reproductive link represents the actual method in which the first two links are advanced through the creation of new life.

66. Just like a physical chain in the real world, if a link in the chain is broken, the chain fails, or if a link is weakened, the chain can fail under a load. The chain of genetic transmission is weakened by mutated or corrupted genes, but if the reproductive link is maintained, there is still an advancement of the genetic improvements as well as an opportunity for nature to correct the corrupted genes. Examples of this sort of damage could be caused by incestuous breeding or a geno-toxic environment.

- Incestuous breeding is a viable short term survival technique when a natal group becomes isolated or fragmented from the main population. If interaction is not reestablished with the main population, the isolated natal group will become extinct due to the loss of genetic diversity.
- Geno-toxicity describes the property of chemical agents that damages the genetic information within a cell causing mutations. The contamination of Love Canal, Niagara Falls, NY is an example of a population group impacted by a geno-toxic environment. At the Love Canal site, there is a report where one child was born deaf, with a cleft palate, a slight retardation, and developed an extra row of teeth.

67. The mere thought of a smiling child with an extra row of teeth presents a macabre image that would chill the soul of the hardest of the hard. While the thought of children with extra teeth is horrific, breaking the reproductive link is far worse. This results in the termination of any and all genetic advancement. There is no chance of combining genes through reproduction to produce a genetically improved human. There is no forwarding of environmental genetic

modifications, perhaps, even the loss of the genetic *"Rosetta stone"* that could end diseases that currently ravage our species. Once terminated, there are no *"time outs"*, or *"do overs"*, no chance to recover the lost genetics.

68. The importance of the chain of genetic transmission is understandable when you consider that all living organisms, regardless of their uniqueness, have certain biological, chemical, and physical characteristics in common. All, for example, are composed of basic units known as cells and of the same chemical substances which, when analyzed, exhibit noteworthy similarities, even in such disparate organisms as bacteria and humans. One chemical substance, found in all forms of life, is deoxyribonucleic acid (DNA), in the form of genes. Genes account for the ability of all living matter to replicate itself exactly and to transmit genetic information from parent to offspring.

69. **Unity Link:** The mechanisms for the chain of genetic transmission follow a pattern that is the same in all organisms. Whenever a change in a gene occurs, there is a change of some kind in the organism that contains the gene. It is this universal phenomenon that gives rise to the differences (variations) in populations of organisms from which nature selects for survival those that are best able to cope with changing conditions in the environment.

70. **Diversity Link:** Despite the basic biological, chemical, and physical similarities found in all living things, a diversity of life exists not only among and between species but also within every natural population. The phenomenon of diversity has had a long history of study because so many of the variations that exist in nature are visible to the eye. The fact that organisms changed during prehistoric times and that new variations are constantly evolving can be verified by paleontological records as well as by breeding experiments in the laboratory. Long after Darwin assumed that variations existed, biologists discovered that they are caused by a change in the genetic material (DNA). That change can be a slight alteration in the sequence of the constituents of DNA (nucleotides), a larger change such as a structural alteration of a chromosome, or a complete change in the number of chromosomes. In any case, a change in the genetic material in the reproductive cells manifests itself as some kind of structural or chemical change in the offspring. The consequence of such a change depends upon the interaction of the offspring with its environment.

71. **Reproductive Link:** It has been suggested that sexual reproduction became the dominant type of reproduction among organisms because of its inherent advantage of variability which is the mechanism that enables a species to adjust to changing conditions. New variations are potentially present in genetic differences, but how preponderant a variation becomes in a gene pool depends upon the number of offspring the mutants or variants produce (differential reproduction). It is possible for a genetic novelty (new variation) to spread in time to all members of a population, especially if the novelty enhances the population's chances for survival in the environment in which it exists. Thus, when a species is introduced into a new habitat, it either adapts to the change by natural selection or by some other evolutionary mechanism or eventually dies off. Because each new habitat means new adaptations, habitat changes have been responsible for the millions of different kinds of species and for the heterogeneity within each species.

72. Whether an organism is a human or a bacterium, its ability to reproduce is one of the most important characteristics of life. Because life comes only from preexisting life, it is only through reproduction that successive generations can carry on the properties of a species.

### Loss of Genetic Enhancements

73. Each individual member of our species contains the genetic struggles of every ancestor since the dawn of time. Every famine, disease, pandemic, or environmental change that resulted in gene expression is part of who we are. This heritable material includes the coding to help us survive enemies of old, enemies that our ancestors once vanquished. Diseases and maladies that we thought were defeated, only to find they are only in hiding while they developed the ability to defeat our modern medicine. A scenario that is no longer science fiction with the arrival of antibiotic resistant staph infections that herald the end of the antibiotic age.

74. Just as our ancestors adapted to survive, we also attain genetic enhancements from the trials and tribulations that we survive. Therefore, the current policies and regulatory mechanism are harming the very future of our species due to the loss of genetic enhancements achieved in our lifetime.

75. These enhancements would be advanced by the Unity Link of the Chain of Genetic Transmission but are lost by breaking the Reproductive Link of the chain.

### Loss of Heritable Genetic Intelligence

76. There is still intense debate when discussing *"Nature versus Nurture"* and the impact on the intellectual evolution of our species. Some of the most widely recognized evidence for the inheritance of intelligence comes from comparison of identical and fraternal twins reared apart. Identical twins come from a single egg and are genetically identical, whereas fraternal twins develop from separate eggs and share only half their genes by common inheritance. When raised in separate homes, identical twins are far more similar to each other than are fraternal twins, indicating that a variety of behaviors and preferences have a genetic basis. One such twin study suggested that 70 percent of the variation in IQ in the study population had a genetic basis, although environmental variables (such as early nutrition and opportunities for early learning) still played important roles.

77. These enhancements would be advanced by the Diversity Link of the Chain of Genetic Transmission but are lost by breaking the Reproductive Link of the chain.

### Corrupted Gene Expression and Maturation

78. Gene expression is the very essence of evolution. Gene expression is the result of changing environmental conditions and the need to adapt to those conditions. The relative importance of genetic endowment and environment, or genotype and phenotype, in the development of our species is now accepted. Most scientists now recognize that it is the interaction of inborn biological factors with external factors, rather than the mutually exclusive action or predominance of one or the other force, that guides and influences human development.

79. The advances in cognition, emotion, and behavior that normally occur at certain points in the life span require both maturation and events, experiences, and influences in the physical and social environment. Normal maturation (i.e., genetically driven biological changes in the central nervous system) is required for all subsequent maturation events.

80. I question what are the long term impacts of puberty blockers. Because any aberration or degradation of the maturation process has adverse consequences on subsequent maturation events.

### *Degraded Intellectual Evolution*

81. I believe that, in addition to the general loss of genetic diversity, there is a disproportionately higher loss of our species higher intellectual genetic material. While the current policies and regulatory mechanisms universally encourage all members to exit the gene pool, I believe there are more members exiting from the deep end of the gene pool. Creating a situation where, a form of artificial selection that degrades the advancement of our higher intellectual genetic material, a situation that also equates to a form of state sponsored *"random eugenics"*. Because we are now encouraging some of the finest brains to put a genetic bullet into that brain without regard to what that loss is to our future.

82. I was involved in live theater back in the 1970's. A time when fine arts was the only haven for gay behavior. As such, I was extensively exposed to the people and culture. I found that as a general rule, they are some of the finest individuals that I have ever had the pleasure of knowing. Highly intelligent, compassionate, and caring are the qualities that I fondly remember. I was also truly saddened by the thought of what our species was losing.

### *Degraded Survival Fitness*

83. Our population has exploded due to modern medicine, many of our species unable to survive without that medicine. An introduction of any agent that is virulent, and immune to modern medicine combined with the disruptions of social services, could result in the failure of our Nation and/or an extinction event that tests our species survival fitness. When that event occurs, the only hope for our species, is natures remedy, a healthy gene pool with diverse genetics.

84. In an interview on drug-resistant bacteria, an associate director for the CDC, Dr. Arjun Srinivasan, says that *"We're in the post-antibiotic era. There are patients for whom we have no therapy, and we are literally in a position of having a patient in a bed who has an infection, something that even five years ago we could have treated, but now we can't."*

85. Recently CDC announced that a fungus based super-bug is in our country. This super-bug is resistant to the antibiotics of last resort. Is this the trigger for an extinction event or just another false alarm? Nobody knows, but the experts agree, today or tomorrow, it is coming. And when it does the only hope for our species is a robust gene pool. And continuation of policy and regulatory mechanisms that promote the loss of genetic diversity will further erode our species (and Nations) survival fitness and our ability to survive the event when it does come.

*Parasitism*

86. Non-breeding behavior, by definition, does not advance life and therefore cannot exist without a parasitic relationship with heterosexuals. The current policies and regulatory mechanisms protect the parasitic element at the expense of the host. Encumbering heterosexuals with the duty of providing offspring for the future of our species, as well as the unconscionable burden of providing offspring as genetic *"burnt offerings"* to appease and sustain the non-breeding lifestyle. I am not aware of one instance where it was deemed healthy to promote an environment that favors the parasitic element over the host.

87. I also have to question whether or not this situation represents a new form of class bondage within our nation. Does this situation equate to heterosexuals breeding pairs being used as breeding slaves to sustain the non-breeding world?

*Social Parasitism*

88. Social parasitism is a unique form of parasitism in that it is an intra-species parasitism. An example of social parasitism in the animal kingdom is where: *A parasitizing ant species depends upon the labor provided by a host ant species within the context of a mixed-species colony.* When placed into context for this situation that statement could read social parasitism is a condition where: *The non-breeding member depends upon the labor* **PAINS** *provided by breeding members within the context of a mixed breeding and non-breeding colony.*

89. The lifestyle draws from the *Homo sapiens* gene pool without returning anything, and therefore, the process qualifies for the label of social genetic parasitism.

*Targeted Parasitism*

90. These same policies and regulatory mechanisms have been leveraged to modify the education system into an enhanced geno-toxic environment that amplifies the genetic parasitism of our offspring.

91. Our education system has been forced acquiesce to the non-breeding lifestyle and the spin off lifestyles to the point that the physical plant now facilitates the conversion to non-breeding behavior, to hire role models that postulate the righteousness of, and promote the acceptance of the non-breeding lifestyle, creating a form of targeted parasitism due to imprinting and role model emulation.

92. Given the avian studies that correlate early exposure to non-breeding behavior with the acceptance and conversion to non-breeding behavior as adults. The Executive Orders issued during the Clinton Administration, are very alarming. With the stroke of a pen, the President of the United States effectively began protecting and facilitating the targeted parasitism of our off-spring. Ignorant of the consequences of imprinting and role model emulation to an altricial species, and the fact that parasitism is required for the continuation of the non-breeding lifestyle.

93. As an educator, the natural inclination is to identify students that are intellectually gifted and to then provide specialized attention to cultivate the gift, transitioning opportunistic parasitism into form of targeted parasitism, simply by being a good teacher.

94. I do not charge that this is nefarious in intent, but whether innocuous or nefarious, the results are the same. An environment that fosters and encourages our children to terminate their bloodlines by converting to the non-breeding lifestyle, or to accept/promote parasitic non-breeding behavior as normal.

95. As a consequence of the forced acceptance and exposure to non-breeding behavior, our society is now guilty of more generations of stolen youth. This time Carlyle is not the destination, now they are destined for the void of null.

## Point of No Return

### Genetic

96. I do not claim to have knowledge of the intricacies of the loss of genetic diversity, nor environmental variables that serve to intensify or accelerate the impacts of non-breeding behavior on the survival fitness of our species. I do know that they are cumulative, and question the compounding effects of state-sponsored loss of genetic diversity, the end of the antibiotic age, the continuing introduction of new man made or naturally occurring fungal, viral, and bacterial agents, and the recently announced regional declining birth rates.

### Social

97. The impacts of the mind control extends to all levels of our society, as well as extending to all levels of government service. I am specifically concerned that we have already reached the point of no return, where the majority of our voting members have thoughts altered to believe that individual rights are more important than the health of our species, the environment, and our Nation.

## IV. Closing

98. I believe that I speak for most American Citizens when I state that every individual has the right to choose whom or what brings them happiness on this journey. As a society and, as a Nation we must accept that right. But when those social choices are responsible for a social geno-toxic environment that degrades the survival fitness of our species, there is no longer any right to expect societal or government support and protection. As a society we tolerate other aberrant social behavior such as gang-bangers or crankster gangsters without awarding special privileges to the behavior, and this situation should be no different. Our elected officials, the Guards of our future, must accept, but not protect behavior that retards the normal and healthy continuing physical evolution of our species.

99. As part of my research I looked at ethics and democracy. Both of these subjects led me to ancient Greece, the birth place of democracy and histories greatest philosophers and scholars.

I noticed that as a modern society, we face many of the same challenges of the Grecians of old. Including the issue of the rights of citizens versus the rights of residents. I was truly impressed by the wisdom and advanced thinking that allowed the philosophers and scholars conceptualize a democracy. I wonder what could have been if the Guards of Ancient Greece had accepted but not protected non-breeding behavior. If those advanced brains had been encouraged to procreate and that heritable genetic intelligence was forwarded and cultivated. If the Guards of Ancient Greece had truly looked to the future, by now, our species could have evolved to the next level of awareness and consciousness.

100. We can never recover the lost genetics of Plato or Socrates, but we can encourage our modern equivalents to continue their genetic lines. And in doing so, evolve intellectually to where our species may learn to use but not abuse our planet, achieving resource equality, and thereby, the ability to live in harmony with the land, our neighbors, and ourselves.

## V. Relief

101. I seek injunctive relief to end Executive Order 14075

102. If it is within your powers, I also seek an order requiring all Federal Agencies and all Federally funded education programs to cease the promotion or normalization of behavior that results in irreparable damage to the gene pool of the species *Homo sapiens*.

103. Furthermore, given that the genetic damage is irrefutable and can NEVER be repaired. I ask for an expedited or emergency ruling of this complaint.

## VI. Certification

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case – related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 26, 2023

Signature of Plaintiff

Name of Plaintiff Christopher M. Pratt