# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CHRISTOPHER M. PRATT**, <br><br> Plaintiff, <br><br> v. <br><br> **JOSEPH R. BIDEN, JR.**, <br><br> Defendant. | Case No. 3:23-cv-977-SI <br><br> **ORDER** |

Based on the Court's ORDER on July 24, 2023,

**IT IS ADJUDGED** that this case is DISMISSED.

DATED this 22nd day of August, 2023.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT